# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DAYTON COTE** <br> *Plaintiff* | : <br> : <br> : | **CIVIL ACTION** <br> <br> **NO. 18-0835** |
| v. | : <br> : | |
| **U.S. SILICA COMPANY,** *et al.* <br> *Defendants* | : <br> : | |

# ORDER

**AND NOW**, this 19th day of June 2018, upon consideration of the *motion to transfer venue* pursuant to 28 U.S.C. §1404(a) filed by Defendant U.S. Silica Company ("Defendant"), [ECF 6], Plaintiff's response in opposition thereto, [ECF 9], and the allegations contained in the complaint, [ECF 1], it is hereby **ORDERED** that the motion to transfer venue is **GRANTED**. The Clerk of Court is directed to **TRANSFER** this matter to the United States District Court for the Middle District of Pennsylvania.

BY THE COURT:

/s/ *Nitza I. Quiñones Alejandro*
**NITZA I. QUIÑONES ALEJANDRO**
*Judge, United States District Court*